# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JALDHI OVERSEAS PTE LTD.,** | * | **CIVIL ACTION NO.** |
| | * | **15-CV-06148** |
| **Versus** | * | |
| | * | **SECTION J** |
| **UNITED BULK CARRIERS** | * | |
| **INTERNATIONAL LTDA.,** | * | **MAGISTRATE 3** |
| *in personam*, and the MASTER OF | * | |
| THE M.V. PEDHOULAS | * | |
| FARMER and NORTON LILLY | * | |
| INTERNATIONAL, *as garnishees* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF RIGHT OR INTEREST

NOW INTO COURT, through undersigned counsel, comes claimant, ADM Intermare, a division of ADM International Sarl ("ADM") specially appearing herein pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, who, pursuant to Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, states that it is the owner of bunkers aboard the M/V PEDHOULAS FARMER, the subject of the above-captioned litigation.

WHEREFORE, ADM Intermare, a division of ADM International Sarl submits this Verified Statement of Right or Interest and intends to defends its interests in these proceedings.

Respectfully Submitted,

PREIS PLC


 /s/ David M. Flotte
DAVID M. FLOTTE (#1364)
DARYL J. DAIGLE (#18858)
CHRIS W. SMITH (#35324)
601 Poydras Street, Suite 1700
New Orleans, Louisiana  70130
Phone:  504-581-6062
dmf@preisplc.com
djd@preisplc.com
cws@preisplc.com

**Counsel for ADM Intermare, a division of ADM International Sarl**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on the following counsel of record in this proceeding by:

( ) Hand Delivery          ( ) Prepaid U.S. Mail

( ) Facsimile              ( ) Federal Express

( ) Electronic Mail        ( X ) ECF

New Orleans, Louisiana this 23rd day of November, 2015.


 /s/ David M. Flotte
DAVID M. FLOTTE

#1759094

2