## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JALDHI OVERSEAS PTE LTD., | * | CIVIL ACTION NO. |
| | * | 15-CV-06148 |
| Versus | * | |
| | * | SECTION J |
| UNITED BULK CARRIERS | * | |
| INTERNATIONAL LTDA., | * | MAGISTRATE 3 |
| *in personam*, and the MASTER OF | * | |
| THE M.V. PEDHOULAS | * | |
| FARMER and NORTON LILLY | * | |
| INTERNATIONAL, *as garnishees* | * | |

*************************************************************

### **VERIFICATION**

I, David M. Flotte, verify that ADM Intermare, a division of ADM International Sarl, is the owner of the bunkers aboard the M/V PEDHOULAS FARMER, said bunkers subject to attachment in the above-captioned matter.

This 23rd day of November, 2015.

_____
DAVID M. FLOTTE

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 23rd day of
November, 2015.

_____
NOTARY PUBLIC



Christopher W. Smith
Notary Public,
Comm #137064 · La Bar Roll # 35324
State of Louisiana