UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JALDHI OVERSEAS PTE LTD.,** | * | CIVIL ACTION NO. |
| | * | 15-CV-06148 |
| **Versus** | * | |
| | * | SECTION J |
| **UNITED BULK CARRIERS** | * | |
| **INTERNATIONAL LTDA.,** | * | MAGISTRATE 3 |
| *in personam*, and the MASTER OF | * | |
| THE M.V. PEDHOULAS | * | |
| FARMER and NORTON LILLY | * | |
| INTERNATIONAL, *as garnishees* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF
## MOTION TO DISSOLVE ATTACHMENT

MAY IT PLEASE THE COURT:

A great deal of the detail concerning the respective parties in litigation is set forth in the memorandum submitted on behalf of Societa' Commerciale E Finanziaria S.R.L., Rec. Doc. 10-1 and it's attachments. Claimant, ADM Intermare, a division of ADM International Sarl, specially appearing herein in accordance with Rule E(8), is the true owner of the bunkers aboard the M/V PEDHOULAS FARMER. Jaldhi Overseas PTE Ltd. (hereinafter "Jaldhi") wrongfully arrested and wrongfully issued a Writ of Attachment of the bunkers aboard the M/V PEDHOULAS FARMER based upon an Affidavit claiming that the bunkers were owned by United Bulk Carriers International LTDA. This was not correct. ADM is the owner of the bunkers. Jaldhi cannot arrest the ship or attach its bunkers in order to seek a Rule B Non-Resident Attachment to obtain

jurisdiction over United Bulk Carriers International LTDA based upon its alleged ownership of the bunkers because ADM owns the bunkers as set forth in a comprehensive memorandum submitted and referred to as Rec. Doc. 10-1, *et seq*. The Court issued the Warrant of Arrest based upon the Sworn Affidavit of Vira Chand Bothra by which he claims the allegations of Complainant are correct and further, Article 4 on page 2 of the Complaint indicates that the bunkers aboard the vessel "Are upon information and belief, owned by United Bulk." This allegation is not supported. Moreover, the affiant is not involved in the current charter nor would he have a factual basis to know who owns the bunkers on the current voyage. For the above and foregoing reasons, the Court should vacate the Attachment.

Respectfully Submitted,

PREIS PLC

 */s/ David M. Flotte*
DAVID M. FLOTTE (#1364)
DARYL J. DAIGLE (#18858)
CHRIS W. SMITH (#35324)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Phone: 504-581-6062
dmf@preisplc.com
djd@preisplc.com
cws@preisplc.com

**Counsel for ADM Intermare, a division of ADM International Sarl**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on the following counsel of record in this proceeding by:

|  |  |
|---|---|
| (  ) Hand Delivery | (  ) Prepaid U.S. Mail |
| (  ) Facsimile | (  ) Federal Express |
| (  ) Electronic Mail | ( X ) ECF |

New Orleans, Louisiana this 24th day of November, 2015.

          /s/ David M. Flotte
          DAVID M. FLOTTE

#1759089